UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEWART DAY, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:09CV1079(RNC) |
| VLADIMIR BENISOVICH, | : |
| Defendant. | : |

### RULING ON MOTION FOR DISCLOSURE OF ASSETS

The court has granted the plaintiff's Motion for Disclosure of Assets, doc. #5, pursuant to Conn. Gen. Stat. § 52-278n and in light of the court's finding that the plaintiff has probable cause sufficient for the granting of a prejudgment remedy.

It is hereby ordered that the defendant, Vladimir Benisovich, answer under oath the interrogatories and comply with the document production request set forth in the plaintiff's motion.

SO ORDERED at Hartford, Connecticut this 18th day of December, 2009.

             /s/
Donna F. Martinez
United States Magistrate Judge